```
    U.S. District Court
Northern District of Georgia
       Rome  Division
 PO Box 1186, Rome, GA 30162
 GILLEN PARKER & WITHERS LLC

# 366429   db    8/17/2007 @ 16:50
--------------------------------
Check                     150.00
Fund:510000
GILLEN PARKER & WITHERS LLC
4:07-CV-00164 CF=1   CONE V. HOOTE
Check                     100.00
Fund:086400
GILLEN PARKER & WITHERS LLC
4:07-CV-00164 CF=1   CONE V. HOOTE
Check                      50.00
Fund:086900
GILLEN PARKER & WITHERS LLC
4:07-CV-00164 CF=1   CONE V. HOOTE
--------------------------------
Total                     350.00
Tendered                  350.00
Change                      0.00
```