legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft.

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act) provides that:

> No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction.

3. The law gave merchants who accept credit cards and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants (defined below) had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more than the last five digits of the card number and/or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff, on behalf of himself and all others similarly situated, brings this action against Defendants based on Defendants' violation of 15 U.S.C. §§ 1681 *et seq.*

5. Plaintiff seeks, on behalf of himself and the class, statutory damages, punitive damages, costs and attorneys fees, all of which are expressly made available by statute, 15 U.S.C. §§ 1681 *et seq.*

## JURISDICTION AND VENUE

6. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

7. Plaintiff's claims asserted herein arose in this judicial district and Defendants do business in this judicial district.

8. Venue in this judicial district is proper under 28 U.S.C. §1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred, the greater part of which, as well as the printing of the offending credit card receipt, occurred at the Hooters of Hiram restaurant, located at 5464 Wendy Bagwell Parkway, Hiram, Paulding County, Georgia 30141.

## PARTIES

9. Plaintiff, Cory M. Cone, is and at all times relevant hereto was a resident of the State of Georgia, County of Cobb.

10. Defendant HOOTERS OF HIRAM, LLC, is a Georgia limited liability corporation, the principal office of which is located at 1815 The Exchange, Atlanta, Georgia 30339. Defendant HOOTERS OF HIRAM, LLC, may be served through its Registered Agent, A. J. Block, Jr., Esq., Fine and Block, 2060 Mount Paran Road, N.W., Suite 106, Atlanta, Georgia 30027. Defendant HOOTERS OF HIRAM, LLC, owns, controls and/or operates the Hooters of Hiram restaurant,

located at 5464 Wendy Bagwell Parkway, Hiram, Paulding County, Georgia 30141.

11.     Defendant HOOTERS OF AMERICA, INC., is a Georgia corporation, the principal office of which is located at 1815 The Exchange, Atlanta, Georgia 30339. Defendant HOOTERS OF AMERICA, INC., may be served through its Registered Agent, A. J. Block, Jr., Esq., Fine and Block, 2060 Mount Paran Road, N.W., Suite 106, Atlanta, Georgia 30027. Upon information and belief, Defendant HOOTERS OF HIRAM, LLC, is a franchisee, agent, partner, joint venturer, subsidiary, affiliate successor in interest and/or predecessor of Defendant HOOTERS OF AMERICA, INC., and Defendant HOOTERS OF AMERICA, INC., which are vicariously liable for the actions or omissions of Defendant HOOTERS OF HIRAM, LLC.

12.     Defendant HOOTERS ENTERPRISES, LLC, is a Georgia limited liability corporation, the principal office of which is located at 1815 The Exchange, Atlanta, Georgia 30339. Defendant HOOTERS ENTERPRISES, LLC, may be served through its Registered Agent, A. J. Block, Jr., Esq., Fine and Block, 2060 Mount Paran Road, N.W., Suite 106, Atlanta, Georgia 30027. Upon information and belief, Defendant HOOTERS OF HIRAM, LLC, is a franchisee, agent, partner, joint venturer, subsidiary, affiliate successor in interest and/or predecessor of Defendant HOOTERS ENTERPRISES, LLC, and Defendant HOOTERS